Robert F. Brennan, Esq. [S.B. #132449]
Robert A. Wiener, Esq. [S.B. # 132847]
**BRENNAN, WIENER & ASSOCIATES, A P.C.**
3150 Montrose Ave.
La Crescenta, CA 91214
Tel. (818) 249-5291
Fax: (818) 249-4329

JS-6

Attorneys for Plaintiffs
DAVID and KATHERINE RICHARDSON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID and KATHERINE RICHARDSON,<br><br>            Plaintiffs,<br><br>    vs.<br><br>JPMORGAN CHASE BANK, et al., | Case No. 2:11-cv-06057-MWF-SPx<br><br>ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT JPMORGAN CHASE BANK, N.A. ("CHASE") |

Plaintiffs David and Katherine Richardson have announced to the Court that all matters in controversy against Defendant JPMorgan Chase Bank, N.A. ("Chase") have been resolved.

A Stipulation of Dismissal with Prejudice has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

1  IT IS ORDERED that the claims and causes of action asserted herein by
2  Plaintiffs David and Katherine Richardson against Defendant JPMorgan Chase
3  Bank, N.A. ("Chase") are in all respects dismissed with prejudice.

5  DATED this 31st day of August 2012.

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE